# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Deanna Goodman,                                          Civil No. 07-1596 (DWF/AJB)

           Plaintiff,

v.                                                                                          **ORDER**

Michael J. Astrue, Commissioner
of Social Security,

           Defendant.

---

Edward C. Olson, Esq., counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated July 31, 2008. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**; and

2.    Defendant's Motion for Summary Judgment (Doc. No. 17) is **GRANTED**.

Dated:  September 3, 2008       s/Donovan W. Frank
                                DONOVAN W. FRANK
                                Judge of United States District Court